No. 438. FERDINAND SIEGEL ET AL., APPELLANTS, *v.* S. L. SWARTS, TRUSTEE. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss. Submitted December 1, 1902. Decided December 8, 1902. *Per Curiam.* Appeal dismissed for the want of jurisdiction, on the authority of *Bogy* v. *Daugherty,* 184 U. S. 696; *Haseltine* v. *Central Bank,* 183 U. S. 130; *Keystone Manganese and Iron Company* v. *Martin,* 132 U. S. 91. *Mr. Edward C. Eliot* for the appellants. *Mr. David Goldsmith* for the appellee.

---

No. 374. GEORGE F. HARDING, APPELLANT, *v.* JOHN S. HART ET AL. Appeal from the United States Circuit Court of Appeals for the Seventh Circuit. Motion to dismiss. Submitted December 1, 1902. Decided December 15, 1902. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Huguley Manufacturing Company* v. *Galeton Cotton Mills,* 184 U. S. 290, 294, and cases cited; *Rouse* v. *Letcher,* 156 U. S. 47, and see *Harding* v. *Hart,* 186 U. S. 483. *Mr. A. A. Hoehling, Jr.,* for the appellant. *Mr. Frederic Ullman* and *Mr. D. J. Schuyler* for the appellees.